# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SERVER TECHNOLOGY, INC. | ) | 3:13-cv-00122-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 1, 2013 |
| | ) | |
| WESTERN TELEMATIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the parties' Stipulation for Extension of Time to File Stipulated Discovery Plan and Scheduling Order. (Doc. # 30.) The parties seek an additional twenty-one days to file their stipulated discovery plan and scheduling order while they engage in settlement discussions.

With good cause appearing, the request for an extension of time is **GRANTED**; the parties' stipulated discovery plan and scheduling order shall be filed **on or before July 22, 2013**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:__/s/_____
Deputy Clerk